UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:23-cv-00084-RGJ

DIANA HUNTER                                                              PLAINTIFF

vs.            **NOTICE OF SERVICE OF DISCOVERY RESPONSES**

KENTUCKY WESLEYAN COLLEGE                               DEFENDANT

The Defendant, Kentucky Wesleyan College, hereby provides notice of the service of its Interrogatories and Requests for Production of Documents Propounded to Plaintiff on counsel for Plaintiff via electronic mail on November 6, 2023.

                                                   ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
                                                   1101 College Street; P.O. Box 770
                                                   Bowling Green, KY 42102-0770
                                                   Telephone: (270) 781-6500
                                                   Facsimile: (270) 782-7782
                                                   Email: mowsley@elpolaw.com
                                                                      lporter@elpolaw.com

                                                By:      /s/*Lindsay Tate Porter*
                                                             MICHAEL A. OWSLEY
                                                             LINDSAY TATE PORTER

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will provide a notice of filing to the following:

Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
ad@bdlegal.com

                                                          /s/*Lindsay Tate Porter*
                                                          LINDSAY TATE PORTER

3731171