UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| DIANA HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NUMBER: 4:23-cv-00084-RGJ |
| | ) | |
| KENTUCKY WESLEYAN COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO APPOINT UNITED STATES MAGISTRATE JUDGE AS MEDIATOR OF THE PARTIES' DISPUTE

Plaintiff, Diana Hunter ("Plaintiff"), and Defendant, Kentucky Wesleyan College ("Defendant"), (collectively, the "Parties"), by and through their respective counsel, and pursuant to 28 U.S.C. § 636 and Local Rules 16.2 and 72.2, jointly request that the Court appoint a United States Magistrate Judge to mediate the Parties' dispute and request that such mediation conference be scheduled to take place at the earliest convenience of all parties concerned. In support of this Motion, the Parties state as follows:

1. On July 12, 2023, Plaintiff filed her Complaint and Demand for Jury Trial [Dkt. 1] against Defendant alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e. *et. seq.,* the Age Discrimination in Employment Act ("ADEA"), as amended, 29 U.S.C. § 621 *et. seq*., and the Kentucky Civil Rights Act ("KCRA").

2. On August 30, 2023, the Defendant filed its Answer and Defenses to the Plaintiff's Complaint [Dkt. 6 and 7].

3. Since that time, the Parties have engaged in discovery and settlement discussions and have deemed it appropriate to seek Court assistance in resolving this matter prior to Defendant's filing of Dispositive Motions.

4. 28 U.S.C. § 636(b), along with this Court's inherent authority to manage proceedings empowers this Court to designate a United States Magistrate Judge to conduct a mediation conference in civil proceedings.

5. According to Local Rule 16.2, "[u]pon motion of any party, any judicial officer may require parties in civil cases to consider some form of alternative dispute resolution process, including but not limited to, mediation. . ." Local Rule 721.1 affirms that all magistrate judges may perform any of the duties authorized by 28 U.S.C. § 636(a), (b), and (c).

6. Here, the Parties believe that a mediation conference, led by a United States Magistrate Judge would be productive and may lead to a resolution of this matter.

**Respectfully Submitted,**

By: */s/ Elizabeth Gatten*
Elizabeth Gatten
Andrew Dutkanych
Biesecker Dutkanych & Macer, LLC
101 N. Seventh Street
Louisville, Kentucky 40202
Telephone Number: (502) 561.3484
Email Address:    egatten@bdlegal.com
                  ad@bdlegal.com

***Counsel for Plaintiff, Diana Hunter***

By: *Lindsay Tate Porter* (with permission)
Michael A. Owsley
Lindsay Tate Porter
English, Lucas, Priest & Owsley, LLP
1101 College Street, PO Box 770
Bowling Green, Kentucky 42102
Telephone Number: (270) 781.6500
Email Address: mowsley@elpolaw.com
               lporter@elpolaw.com

***Counsel for Defendant, Kentucky Wesleyan College***