UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**DIANA HUNTER**  **Plaintiff**

**v.**  **Civil Action No. 4:23-CV-00084-RGJ**

**KENTUCKY WESLEYAN COLLEGE**  **Defendant**

\* \* \* \* \*

## ORDER

Before the Court is the joint motion to appoint a United States Magistrate Judge as a mediator in this matter and to schedule a mediation (DN 14). The undersigned is always appreciative of parties' interest in participating in settlement conferences. The parties should note, however, that no motion for appointment of a Magistrate Judge to conduct a mediation is necessary. Pursuant to DN 8, the assignment of this case to the undersigned includes authorization to conduct any settlement conferences. Moreover, no motion is required to schedule a case for a settlement conference. The parties need only contact the undersigned's Case Manager Kelly Lovell to obtain a date, following which the undersigned issues an order setting the matter for a settlement conference.

**WHEREFORE,** the joint motion for settlement conference, DN 14, is **GRANTED.** The parties are directed to contact Case Manager Kelly Lovell to obtain a mutually acceptable date.

ENTERED this  May 28, 2024

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:        Counsel