UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:23-cv-00084-RGJ

DIANA HUNTER     PLAINTIFF

v.

KENTUCKY WESLEYAN COLLEGE     DEFENDANT

## AGREED ORDER CONTINUING TRIAL DATE AND PRE-TRIAL DEADLINES

This matter having come before the Court by agreement of the parties to continue the trial and pre-trial deadlines pending the ruling on Defendant's Motion for Summary Judgment and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the trial of this matter scheduled to begin on February 18, 2025, and continuing through February 20, 2025, is hereby continued generally pending the Court's ruling on Defendant's Motion for Summary Judgment; and

IT IS HEREBY FUTHER ORDERED that all current pre-trial deadlines are suspended and shall be resent when a new trial date is established.

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/Elizabeth Gatten* (with permission) | */s/Lindsay Tate Porter* |
| ELIZABETH GATTEN | MICHAEL A. OWSLEY |
| ANDREW DUKANYCH | LINDSAY TATE PORTER |
| Attorneys for Plaintiff | Attorneys for Defendant |

4930-5971-4051, v. 1