UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DIANA HUNTER                                                                          Plaintiff

v.                                                                  Civil Action No. 4:23-cv-084-RGJ

KENTUCKY WESLEYAN COLLEGE                                                         Defendant

* * * * *

**JUDGMENT**

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal

Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendants Kentucky Wesleyan College with

respect to the claim brought by Plaintiff Diana Hunter in this matter.

(2)     This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's

docket.

(3)     This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for

delay.

December 26, 2024

Rebecca Grady Jennings, District Judge
United States District Court